IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Benton Williams, Jr., :
:
    Plaintiff(s), :
: Case Number: 1:16cv867
vs. :
: Judge Susan J. Dlott
United States of America, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 5, 2017 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 19, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 5) is GRANTED. Defendant's motion to strike is DENIED as Moot. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Judge Susan J. Dlott
                                            United States District Court